[No. 57845-6-I. Division One. October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLTON M. PAUL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00759-6, Ronald L. Castleberry, J., entered February 22, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57858-8-I. Division One. October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY DALE PENWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13613-6, Suzanne M. Barnett, J., entered February 17, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57923-1-I. Division One. October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN VERNEL PAYNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04947-1, Ronald Kessler, J., entered February 10, 2006. *Affirmed* by unpublished per curiam opinion.

[Nos. 58167-8-I; 58168-6-I. Division One. October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRY DEE DOEPKER, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 05-1-12330-0, Sharon S. Armstrong, J., entered April 12, 2006. *Reversed* and *remanded* by unpublished opinion per Appelwick, C.J., concurred in by Grosse and Baker, JJ.